No. 92–8315. McLEOD v. McLEOD ET AL. Sup. Ct. S. C. Certiorari denied.

No. 92–8316. MORRIS v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, PENNSYLVANIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8321. FAY v. RENO, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied.

No. 92–8329. HAMLIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8330. HARRIS v. MORRIS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–8334. TESTA v. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION. C. A. D. C. Cir. Certiorari denied.

No. 92–8336. TADDEO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8343. COTTLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8350. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–8353. PARRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8360. MURRELL v. SOUTH CAROLINA. Ct. Common Pleas of Greenwood County, S. C. Certiorari denied.

No. 92–8363. CHEATHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8366. PADILLA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–8368. McKENZIE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8389. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.